**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Auda Shilakeh Al Mansuri, ) | No. CV-06-2077-PHX-FJM |
| )  Petitioner,           ) | **ORDER** |
| )                         ) | |
| vs.                       ) | |
| )                         ) | |
| Dept. of Homeland Security, ) | |
| )  Respondent.           ) | |
| _____ ) | |

The court has before it petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (doc. 1), respondent's Suggestion of Mootness (doc. 11), and the Report and Recommendation of the United States Magistrate Judge (doc. 12). No objections to the Report and Recommendation were filed.

In his Petition for Writ of Habeas Corpus, petitioner challenged his detention and sought release from custody. On or about February 14, 2007, petitioner was released from custody, and he has now obtained the relief sought in his petition. The court accepts the decision of the United States Magistrate Judge denying the petition as moot. See Fed. R. Civ. P. 72(b).

1    Therefore, **IT IS ORDERED DENYING** the Petition for Writ of Habeas Corpus as
2 moot (doc. 1).
3    DATED this 3rd day of May, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge